Case 1:02-cr-20176-JIC   Document 291   Entered on FLSD Docket 05/24/2012   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-20176-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

SAMUEL REYES,

      Defendant.

_____/

### AMENDED ORDER DENYING MOTION FOR RECONSIDERATION

**THIS CAUSE** is before the Court on Defendant Samuel Reyes' Motion for Reconsideration of Order [DE 287].  The Court has considered the motion and the record in this case, and is otherwise fully advised in the premises.

Mr. Reyes seeks reconsideration of the Court's Order [DE 286] Denying Mr. Reyes' Motion for Reconsideration of Sentence [DE 285] pursuant to Amendment 750. In the Order, the Court explained that Mr. Reyes' request was denied because "Amendment 750 applies only to sentences involving 'crack' cocaine or cocaine base." Order Denying Mot. for Reconsideration at 1.  Nothing in the instant motion alters the Court's reasoning or ultimate conclusion on that issue.

Additionally, Mr. Reyes's initial motion requested a downward variance pursuant to Pepper v. United States, 131 S. Ct. 1229 (2011), where the Supreme Court held that "when a defendant's sentence has been set aside on appeal, a district court at resentencing may consider evidence of the defendant's postsentencing rehabilitation and that such evidence may, in appropriate cases, support a downward variance from the now-advisory Federal Sentencing Guidelines range." Id. at 1236.  Since Mr. Reyes' sentence has not been set aside on appeal, Pepper is inapplicable.  The Court finds no

other grounds for a downward variance at this time, however, the Court urges Mr. Reyes to continue availing himself of the educational and vocational opportunities at the Bureau of Prisons.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Samuel Reyes' Motion for Reconsideration of Order [DE 287] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 24th day of May, 2012.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* party via CM/ECF regular mail